## Arbogast *v.* Arbogast, Appellant.

Argued June 15, 1967. *Patrick H. Fierro,* with him *Fierro & Miele,* for appellant; *Thomas A. Walrath,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.